## CITY OF PAWTUCKET

v.

## LODGE NO. 4, FRATERNAL ORDER OF POLICE.

### No. 82–384–M.P.

Supreme Court of Rhode Island.

Oct. 28, 1982.

Spencer W. Viner, City Sol., Pawtucket, for petitioner.

Hogan & Hogan, Thomas S. Hogan, East Providence, for respondent.

### ORDER

The petition for writ of certiorari and petitioner's motion for stay are denied.

■

## Irene C. REDMAN et al.

v.

## ZONING AND PLATTING BOARD OF REVIEW of the TOWN OF NARRAGANSETT et al.

### No. 82–339–M.P.

Supreme Court of Rhode Island.

Oct. 28, 1982.

Archibald B. Kenyon, Jr., Wakefield, for petitioners.

Matthew F. Callaghan, Jr., Town Sol., Narragansett, for respondents.

### ORDER

The petition for writ of certiorari is granted.

■

## Dennis J. ROBERTS II

v.

## PROVIDENCE GAS COMPANY.

## PROVIDENCE GAS COMPANY

v.

## Edward F. BURKE.

### Nos. 82–341–M.P., 82–340–M.P.

Supreme Court of Rhode Island.

Oct. 28, 1982.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Sp. Asst. Atty. Gen., for Dennis J. Roberts II, Attorney General, John A. Notte III, Providence, for Public Utilities Commission.

Hinckley & Allen, Michael P. DeFanti, Robert J. Ferranty, Providence, for Providence Gas Company.

### ORDER

The petitions for writ of certiorari are hereby granted and these matters are consolidated for briefing and argument. In granting certiorari, we specifically reserve for further briefing and argument the question of whether our grant includes the Public Utilities Commission's June 23, 1982 report and order. The attorney-general's motion for stay as prayed is denied.